# UNITED STATES DISTRICT COURT
## District of Minnesota

Alicia Campos-Morales,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Mary De Anda-Ybarra, Warden of ERO El Paso Camp East Montana,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1336 KMM/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Alicia C-M.'s Petition for a Writ of Habeas Corpus [Dkt. 1] is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Alicia C-M. **without conditions and no later than 5:00 p.m. on February 15, 2026**.

4. Respondents must return **all of Alicia C-M.'s personal effects seized during her arrest upon her release, including but not limited to immigration paperwork**. Her property must be returned in the same condition as it was in at the time she was arrested.

5. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of her release.

Date: 2/14/2026

KATE M. FOGARTY, CLERK